In the Matter of Supplementary Proceedings: EVA BALLON, as Assignee of SETH MARRUS, an Individual Trading under the Firm Name of SUPERIOR DUCK CLOTHING COMPANY, Respondent, v. MARY RITI and JAMES DIAFERIA, Individually and as Copartners Doing Business as CITY COAT AND APRON LINEN SUPPLY COMPANY, Judgment Debtors; JOSEPH KRATENSTEIN, a Witness, Appellant.— Motion for stay dismissed in view of the decision of the appeal in *Matter of Ballon* v. *Riti* (239 App. Div. 544), decided herewith. Present — Lazansky, P. J., Young, Scudder, Tompkins and Davis, JJ.

WILLIAM G. BAUMAN, Respondent, v. ANNA ORMSHAW, Appellant.— Judgment unanimously affirmed, with costs. To sustain the judgment this court makes a new finding to read as follows: *Ninth.* There was a relation of .trust and confidence established between plaintiff and defendant. No opinion. Present — Lazansky, P. J., Young, Scudder, Tompkins and Davis, JJ.

ANTONIO BELLUCCI, Respondent, v. NEW YORK TELEPHONE COMPANY, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Hagarty, Tompkins and Davis, JJ.

CLARA BREEDVELD, as Administratrix, etc., of WILLIAM BREEDVELD, Deceased, Respondent, v. A. L. HARTRIDGE COMPANY, INC., Appellant, and Others, Defendants, Impleaded with BARTHOLOMEW BUILDING CORPORATION, Appellant.— On reargument, judgment as amended *nunc pro tunc* by order dated August 22, 1932, and order denying motion for a new trial unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Kapper, Scudder and Tompkins, JJ. [See 239 App. Div. 800; 240 id. 719.]

THE BROOKLYN NATIONAL BANK OF NEW YORK, Respondent, v. COLD SPRING HARBOR VILLAGE IMPROVEMENT SOCIETY and J. W. HENNESSY, INC., Appellants, Impleaded with Others, Defendants.— Appeal discontinued, without costs, upon stipulation. In accordance with the stipulation and with the consent of the justice presiding this case will be placed on the Trial Term calendar of the Supreme Court, Kings county, for trial on the 8th day of January, 1934. Young, Kapper, Carswell and Tompkins, JJ., concur; Lazansky, P. J., not voting.

LOREN H. CONGER, Respondent, v. DANIEL F. CALLAHAN and Others, Defendants, Impleaded with HURLBERT McANDREW, as One of the Executors, etc., of TIMOTHY CALLAHAN, Deceased, Appellant.— Order of the County Court of Westchester county reversed on the law and the facts, with ten dollars costs and disbursements, and motion to dismiss amended complaint as to defendants Daniel F. Callahan and Hurlbert McAndrew, as executors of Timothy Callahan, deceased, granted, with ten dollars costs. They were neither necessary nor proper parties defendant as executors of Timothy Callahan, deceased, under the facts set out in the complaint. Lazansky, P. J., Young, Kapper, Carswell and Tompkins, JJ., concur.

NOREEN DONOVAN, Appellant, v. LOUIS KEIL, INC., Respondent.— Order of the County Court of Westchester county entered April 13, 1933, dismissing the complaint, reversed on the law and a new trial ordered, with costs to appellant to abide the event, on the ground that a question of fact was presented. Lazansky, P. J., Young, Hagarty, Tompkins and Davis, JJ., concur.